[Nos. 31412-0-III; 31508-8-III. Division Three. September 30, 2014.]

LEONARD BROWNING ET AL., *Appellants*, v. DOTY FAMILY TRUST ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Pend Oreille County, No. 06-2-00139-3, Patrick A. Monasmith, J., entered January 3, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 31505-3-III. Division Three. October 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOSEPH CANTRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-00970-1, Cameron Mitchell, J., entered March 6, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 32299-8-III. Division Three. October 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSICA M. SWEARINGEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-02095-1, John P. Wulle, J., entered November 28, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 69835-4-I. Division One. October 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY RAY THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-03981-6, Carol A. Schapira, J., entered January 4, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Lau, JJ.